IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Robert Pillows, Jr. and Narcissus Pillows | No.  09-20950 |
| Debtor | Hon.  Pamela S. Hollis |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 18, 2014, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                                                  /s/ Meredith S. Fox

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Nathan E. Curtis and Marilyn O. Marshall on March 18, 2014.

                                                                  /s/ Meredith S. Fox

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Robert Pillows, Jr. and Narcissus Pillows
355 166th Street
Calumet City, IL 60409

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Nathan E. Curtis
Geraci Law L.L.C.
55 E. Monroe St. # 3400
Chicago, IL 60603
ndil@geracilaw.com